IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES P. PRIDE,

       Plaintiff,

v.

CITY OF EAGLE RIVER, WISCONSIN;
JEFF HYSLOP, Mayor; EAGLE RIVER
ZONING, FRED INTERMUEHLE;
JOE LAUX, Eagle River Zoning Administrator;
JERRY BURKET, Alderman;
GEORGE MEADOWS, Alderman;
KIM SCHAFFER, Alderman;
CAROL HENDRICK, Alderman;
DEB BROWN, Eagle River City Clerk;
EAGLE RIVER LIGHT AND WATER;
LON BUSHI, Eagle River Light and Water
Director; PAT WEBER, Eagle River Light and
Water Manager; and other employees to be
specified; EAGLE RIVER PUBLIC WORKS;
JOE TOMLANOVICH, Eagle River Public
Works Director;  MIKE ADAMOVICH, Eagle
River Public Works Manager; and other
employees to be specified; MIDSTATE
ENGINEERING; SCOT MARTIN, Midstate
Engineering Engineer; EAGLE RIVER
PLANNING COMMISSION, various
members to be specified; BLACKHAWK
ENGINEERING; GREG HUZA; O'BRIEN,
ANDERSON, BURGY & GARBOWICZ; and
STEVE GARBOWICZ, Eagle River City
Attorney,

       Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-506-bbc

---

       This action came for consideration before the court with DISTRICT JUDGE
BARBARA B. CRABB  presiding.  The issues have been considered and a decision has
been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case for plaintiff's failure to comply with Fed. R.

Civ. P. 8 and 20.


_____         ___10_/_18_/_10___
        Peter Oppeneer, Clerk of Court                          Date